## DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. THOMAS AND ST. JOHN

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 3:20-cr-0049 |
| | ) | |
| JORGE ROMERO-AMARO, GIOVANNI | ) | |
| GRACIANI, HECTOR RIVERA CONCEPCION, | ) | |
| RUBEN REYES, and PEDRO LUIS SAYAN | ) | |
| VILLANUEVA, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

APPEARANCES:

**Delia Smith, United States Attorney**
**Juan Albino, AUSA**
United States Attorney's Office
St. Thomas, U.S. Virgin Islands
        *For the United States of America*,

**Francisco J. Adams-Quesada, Esq.**
Law Offices of Francisco J. Adams-Quesada
San Juan, Puerto-Rico
        *For Defendant Jorge Romero-Amaro*,

**Saam Zangeneh. Esq.**
Law Offices of Saam Zangeneh
Miami, Florida
        *For Defendant Giovanni Graciani*,

**Juan Matos-de Juan, Esq.**
Matos-de Juan Law Office
San Juan, Puerto Rico
        *For Hector Rivera Concepcion*,

**Terri Griffiths, Esq.**
Griffiths Law
St. Thomas, U.S. Virgin Islands
        *For Defendant Ruben Reyes*,

*United States v. Romero-Amaro et al.*
Case No.: 3:20-cr-0049
Order
Page **2** of **2**

**Carl R. Williams, Esq.**
SmithWilliams, PLLC
St. Thomas, U.S. Virgin Islands
 *For Defendant Pedro Luis Sayan Villanueva.*

## <u>ORDER</u>

  **BEFORE THE COURT** are Defendant Jorge Romero-Amaro's *Motion to Suppress Evidence*, filed on February 10, 2021, and Defendant Hector Rivera Concepcion's *Notice of Join[d]er of Motions*, filed on February 17, 2021. (ECF Nos. 90 and 106.) The Court held an evidentiary hearing on the matter on February 11, 2022. As stated in the accompanying Memorandum Opinion of even date, it is hereby

  **ORDERED** that Defendant Romero-Amaro's *Motion to Suppress Evidence*, ECF No. 90, and Defendant Rivera Concepcion's *Notice of Join[d]er of Motions*, ECF No. 106—to the extent that it is seeking suppression of evidence—are **DENIED.**

**Dated:** August 8, 2022      */s/ Robert A. Molloy*
                **ROBERT A. MOLLOY**
                **Chief Judge**